**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

MOSANTHONY WILSON and JAMES CORSEY, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THRIVING BRANDS, LLC, HENKEL AG & CO. KGAA, and THE DIAL CORPORATION d/b/a HENKEL NORTH AMERICAN CONSUMER GOODS,
    Defendants.

Case No.: '21CV1988 H   RBB

**CLASS ACTION COMPLAINT**

**Jury Trial Demanded**

### CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)

I, Mosanthony Wilson, declare as follows:

1.    I am named plaintiff in the above-captioned litigation.

2.    I have personal knowledge of the matters set forth below except to those matters stated herein which are based on information and belief, which matters I believe to be true.

3.    If called as a witness I could and would competently testify to the matters included herein.

4.    I reside in San Diego, California.

5.    I am informed and believe that venue is proper in this Court under Civil Code 1780(d) because Defendants are doing business in this District, and a substantial portion of the events or omissions at issue occurred in this District.

I declare under the penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct and that this declaration was executed on November 24, 2021 in San Diego, California.

*Mosanthony Wilson*
Mosanthony Wilson

2
**CRLA VENUE DECLARATION**

**Signature:** _____
Mos Anthony WILSON (Nov 24, 2021 14:25 PST)

**Email:** mosanthony2@yahoo.com

# Right Guard - Mosanthony Wilson CRLA Venue Declaration

Final Audit Report                                                                                              2021-11-24

| | |
|---|---|
| Created: | 2021-11-24 |
| By: | Gregory Coleman (rpothier@milberg.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA_q9b10-nowMxhHONvRHGvn1tHnbGG5q4 |

## "Right Guard - Mosanthony Wilson CRLA Venue Declaration" History

- Document created by Gregory Coleman (rpothier@milberg.com)
  2021-11-24 - 10:16:50 PM GMT- IP address: 107.77.230.79

- Document emailed to Mosanthony WILSON (mosanthony2@yahoo.com) for signature
  2021-11-24 - 10:17:32 PM GMT

- Email viewed by Mosanthony WILSON (mosanthony2@yahoo.com)
  2021-11-24 - 10:21:12 PM GMT- IP address: 69.147.90.62

- Document e-signed by Mosanthony WILSON (mosanthony2@yahoo.com)
  Signature Date: 2021-11-24 - 10:25:10 PM GMT - Time Source: server- IP address: 172.56.31.156

- Agreement completed.
  2021-11-24 - 10:25:10 PM GMT

Adobe Sign